```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15883
   TAMMY JOAN A GANZA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-9648
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/03/06 and confirmed on 03/07/07.

2. The case was dismissed after confirmation, 02/29/2008.

3. The Debtor paid a total of $ 5052.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 2087.76 | .00 | 1287.00 |
| LHI MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| LHI MORTGAGE | MORTGAGE ARRE | 7332.55 | .00 | 910.55 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 884.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 534.06 | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1152.75 | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | 227.34 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 298.13 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9420.31 | .00 | 3096.63 | .00 | 12516.94 |
| PRINCIPAL PAID | 2197.55 | .00 | .00 | .00 | 2197.55 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2197.55 | .00 | .00 | .00 | 2197.55 |

The Debtor's attorney, JAY M REESE                    , was allowed $ 2000.00 and was paid $    726.00  direct and $   1274.00  through the plan.

The Trustee received $     140.45 .

Refunds to the Debtor totaled $    1440.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 05/21/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```